IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 16–04–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| STEPHEN JOSEPH MARTIN, | |
| Defendant. | |

United States Magistrate Judge John T. Johnston entered Findings and Recommendation in this matter on May 3, 2016. Neither party objected and therefore they are not entitled to *de novo* review of the record. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). This Court will review the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Judge Lynch recommended this Court accept Stephen Joseph Martin's guilty plea after Martin appeared before him pursuant to Federal Rule of Criminal Procedure 11, and entered a plea of guilty to failure to register as a sex offender in

1

violation of 18 U.S.C. § 2250, as set forth in the Indictment.

I find no clear error in Judge Johnston's Findings and Recommendation (Doc. 21), and I adopt them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS ORDERED that Stephen Joseph Martin's motion to change plea (Doc. 13) is GRANTED and Stephen Joseph Martin is adjudged guilty as charged in the Indictment.

DATED this 20th day of May, 2016.

Dana L. Christensen, Chief District Judge
United States District Court